IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DAVIS,<br>          Plaintiff,<br><br>v.<br><br>THE CONTRACTORS ASSOCIATION<br>OF EASTERN PENNSYLVANIA,<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO. 25-1070 |

**O R D E R**

**AND NOW**, this 6th day of August, 2025, upon consideration of Defendant's Motion for Partial Summary Judgment and Motion to Strike (ECF No. 16), as well as Plaintiff's response thereto (ECF No. 17), it is **HEREBY ORDERED** as follows:

1. Defendant's Motion for Partial Summary Judgment is **GRANTED AS UNOPPOSED**. Summary judgment is **ENTERED** in Defendant's favor on Counts I, II, and III of Plaintiff's Complaint.

2. Defendant's Motion to Strike is **GRANTED IN PART**. In accordance with the Memorandum Opinion accompanying this Order, Paragraph 35 of Plaintiff's Complaint shall read as follows:

   > "In February 2022, during a phone call with Plaintiff and Attorney McGoldrick, Anthony Seravalli unleashed a barrage of hateful slurs towards City officials implementing TIB, calling them "faggots," and expressing fear that his payments on City contracts would be delayed. Plaintiff was appalled by the brazen nature of this homophobic language."

                                                **BY THE COURT:**

                                                /s/ Wendy Beetlestone
                                                _____
                                                **WENDY BEETLESTONE, C.J.**